# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, J.P. LISIECKI**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**BRANDON M. MCCLAIN**
**GAS TURBINE SYSTEMS TECHNICIAN FIREMAN RECRUIT (E-1),**
**U.S. NAVY**

**NMCCA 201400101**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 19 December 2013.
**Military Judge:** CAPT A.H. Henderson, JAGC, USN.
**Convening Authority:** Commanding Officer, USS RUSSELL (DDG 59).
**For Appellant:** CDR Sabatino F. Leo, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**27 May 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court